IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
(Clarksburg Division)

AMY DUITCH,

    Plaintiff,

v.                                                               Civil Action No.: 1:17-CV-90
                                                                 Judge: Keeley

ECM ENERGY SERVICES, INC.
and HENRY WAHL,

    Defendants.

## NOTICE OF SETTLEMENT

To:    Brian P. Benestad, Esq.
        BURNS WHITE LLC
        Burns White Center
        48 26th Street
        Pittsburgh, PA 15222
        *Counsel for Defendants*

    Please take notice that this action has been settled, without an Answer being required, and that the settlement terms are being concluded. Counsel for the Plaintiff will file a stipulation of voluntary dismissal, with prejudice, in the near future.

    Dated this 13th day of November, 2017.

/s/ Keith A. Jones
Keith A. Jones, Esq. (WVSB #1923)
JONES LAW GROUP, PLLC
P.O. Box 13395
120 Esta Lane
Charleston, West Virginia 25360
(304) 984-9800 (office)
(304) 984-9801 (fax)
kjoneslaw@aol.com
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**
(Clarksburg Division)

**AMY DUITCH,**

    **Plaintiff,**

v.                                                Civil Action No.: 1:17-CV-90
                                                   Judge: Keeley

**ECM ENERGY SERVICES, INC.
and HENRY WAHL,**

    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Keith A. Jones, hereby certify that the foregoing NOTICE OF SETTLEMENT was electronically filed, on November 13, 2017, with the United States District Court for the Northern District of West Virginia by using the CM/ECF system, and served upon counsel for the Defendants via U.S. Mail, postage prepaid, to the following address:

        Brian P. Benestad, Esq.
        BURNS WHITE, LLC
        Burns White Center
        48 26th Street
        Pittsburgh, PA 15222
        *Counsel for Defendants*

        /s/ Keith A. Jones
        Keith A. Jones, Esq. (WVSB #1923)
        JONES LAW GROUP, PLLC
        P.O. Box 13395
        120 Esta Lane
        Charleston, West Virginia 25360
        (304) 984-9800 (office)
        (304) 984-9801 (fax)
        kjoneslaw@aol.com
        *Counsel for Plaintiff*