IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AMY DUITCH,

    **Plaintiff,**

v.                                        CIVIL ACTION NO.: 1:17-CV-90
                                                     (Judge Keeley)

**ECM ENERGY SERVICES, INC.**, and
**HENRY WAHL,**

    **Defendants.**

## NOTICE OF DISMISSAL

NOW COMES Plaintiff, Amy Duitch, by and through her undersigned counsel, and files this Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants in this matter have not served an answer or a motion for summary judgment in response to Plaintiff's Complaint and the instant Dismissal is with prejudice, the above action having been fully compromised and settled.

                                                         **AMY DUITCH**
                                                         **By Counsel**

                                                         /s/ Keith A. Jones
                                                         Keith A. Jones, Esq. (WVSB #1923)
                                                         JONES LAW GROUP, PLLC
                                                         P.O. Box 13395
                                                         120 Esta Lane
                                                         Charleston, West Virginia 25360
                                                         (304) 984-9800 (office)
                                                         (304) 984-9801 (fax)
                                                         kjoneslaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AMY DUITCH,

      **Plaintiff,**

v.                                                CIVIL ACTION NO.: 1:17-CV-90
                                                    (Judge Keeley)

ECM ENERGY SERVICES, INC., and
HENRY WAHL,

      **Defendants.**

## CERTIFICATE OF SERVICE

      I, Keith A. Jones, hereby certify that the foregoing NOTICE OF DISMISSAL was electronically filed, on December 14, 2017, with the United States District Court for the Northern District of West Virginia by using the CM/ECF system, and served upon counsel for the Defendants via U.S. Mail, postage prepaid, to the following address:

                Brian P. Benestad, Esq.
                BURNS WHITE, LLC
                Burns White Center
                48 26th Street
                Pittsburgh, PA 15222
                *Counsel for Defendants*

                /s/ Keith A. Jones
                Keith A. Jones, Esq. (WVSB #1923)
                JONES LAW GROUP, PLLC
                P.O. Box 13395
                120 Esta Lane
                Charleston, West Virginia 25360
                (304) 984-9800 (office)
                (304) 984-9801 (fax)
                kjoneslaw@aol.com
                *Counsel for Plaintiff*